FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN SOTO PALMER; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>STEVEN HOBBS, in his official capacity as Secretary of State of Washington and STATE OF WASHINGTON,<br><br>    Defendants - Appellees,<br><br>JOSE A. TREVINO; et al.,<br><br>    Intervenor-Defendants - Appellants. | No. 23-35595<br>24-1602<br><br>D.C. No. 3:22-cv-05035-RSL<br>Western District of Washington, Tacoma<br><br>ORDER |

The motion to supplement the record, Dkt. No. 94 (Case No. 24-1602), is denied. *Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003) (An appellate court will supplement the record only in "unusual circumstances" and "extraordinary cases."); *Ruiz v. City of Santa Maria*, 160 F.3d 543, 548 n.13 (9th Cir. 1998) ("We may not rely on subsequent election results in reviewing the district court's judgment" in a Section 2 case).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT